NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**IMPRENTA SERVICES, INC., MIKE SANCHEZ,**

*Plaintiffs-Appellants*

v.

**NICHOLAS PATRICK KARLL, ECO PACKAGING SOLUTIONS,**

*Defendants-Appellees*

_____

2023-2157

_____

Appeal from the United States District Court for the Central District of California in No. 2:20-cv-06177-GW-PVC, Judge George H. Wu.

_____

**O R D E R**

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                              IMPRENTA SERVICES, INC. V. KARLL

FOR THE COURT

March 7, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 7, 2024